UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No. | 4:02CR92-SNL |
| | ) | | |
| | ) | | |
| EUGENE A. HILL, | ) | | |
| | ) | | |
| Defendants. | ) | | |

**ORDER**

This matter is before the court to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case on June 26, 2003. Upon further review of the restitution ordered in this matter, the Court has determined that Glen Wiggins (4:02-CR-230-CDP) shall be jointly and severally liable with defendant Eugene A. Hill for the restitution ordered in the judgment dated June 26, 2003.

Dated this ___9th___ day of August, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE